IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WANDA S. TEELE-PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 5:13-cv-183(MTT) |
| vs. ) | **UNOPPOSED** |
| ) | |
| DOLLAR TREE STORES, INC., ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE
JOINT MOTION TO APPROVE SETTLEMENT**

Plaintiff hereby requests the Court grant a one week extension of time to allow the parties to file the Joint Motion to Approve the Settlement in the above-styled matter.

1. Currently, the parties Joint Motion to Approve the Settlement of this case is due today, Monday, August 12, 2013. Plaintiffs request an extension of this deadline by one-week.

2. As earlier reported to the Court, the parties have reached a settlement. The parties have now finalized the terms of the settlement and have agreed upon settlement agreement and release to be signed by the parties.

3. Plaintiff's counsel are still in the process of obtaining signatures on the release and anticipate having that completed soon.

4. Because of this delay, Plaintiff, with Defendant's consent, requests an additional one week in which to file the Joint Motion to Approve the Settlement on or before August 19, 2013.

This 12th day of August, 2013.

        Respectfully submitted,

        */s/ Kevin W. Jent*
        Gregory O. Wiggins
        Kevin W. Jent
        Counsel for the Plaintiff

**OF COUNSEL**

Wiggins Childs Quinn & Pantazis LLC
301 19th Street North
Birmingham, AL 35203
205/314-0500

&

William Gregory Dobson
A Danielle McBride
Counsel for Plaintiffs
LOBER, DOBSON & DESAI, LLC
830 Mulberry Street, Suite 201
Macon, GA 31201
478/745-7700

## CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2013, I served the forgoing via CM/ECF to the following:

Carson H. Sullivan
Regan W. Herald
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005

William C. Barker
PAUL HASTINGS, LLP
1170 Peachtree St., N.E., Suite 100
Atlanta, GA 30309

        /s/ Kevin W. Jent
        OF COUNSEL