IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WANDA S. TEELE-PATE,<br>    Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | Civil Action No. 1:13-cv-183(MTT) |

ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. Having considered the Parties' motion as well as additional information provided by the Parties, it is hereby ORDERED:

1.   That the Joint Motion for Approval of Settlement is GRANTED; and

2.   This case shall be DISMISSED, WITH PREJUDICE, in its entirety, with each party to bear his or her own costs.

3.   The Court shall retain jurisdiction over this case only for the purpose of enforcing the Parties' Agreement.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT